NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALMONDNET, INC.,**

*Plaintiff-Cross-Appellant*

v.

**AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AMAZON.COM SERVICES LLC,**

*Defendants-Appellants*

---

2025-1967, 26-1326

---

Appeals from the United States District Court for the Western District of Texas in No. 6:21-cv-00898-ADA, Judge Alan D Albright.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P.  42 (b).

2                              ALMONDNET, INC. V. AMAZON.COM, INC.


(2)  Each side shall bear their own costs.



                                        FOR THE COURT



April 6, 2026                           Jarrett B. Perlow
    Date                                Clerk of Court



**ISSUED AS A MANDATE:** April 6, 2026